UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:                                                         Chapter 11

45 JOHN LOFTS, LLC,                                Case No. 16-12043(SHL)

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### [PROPOSED] ORDER DIRECTING RIVERSIDE ABSTRACT LLC TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the application (the "Application") of 45 John Lofts, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule 2004") for entry of an order directing the production of documents by Riverside Abstract LLC ("Riverside"); and no further notice of the relief requested herein need be provided; and the Court having considered the Application, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.    The Debtor is hereby immediately authorized to cause service of the subpoena, substantially in the form attached as <u>Exhibit A</u> to the Application (the "Subpoena"), along with a copy of this Order, upon Riverside.

2.    Riverside shall produce the documents, as set forth in the Subpoena, to counsel for the Debtor on or before the date that is set forth in the Subpoena.

3.    Service of the Subpoena, by regular mail, on: a) Riverside Abstract LLC, 3839 Flatlands Avenue, Suite 208, Brooklyn, NY 11234, Attn: Shaul Greenwald, Esq., Chief Executive Officer; b) with a copy to Riverside Abstract LLC c/o Menachem O. Zelmanovitz, Esq., Zelmanovitz & Associates PLLC, 1211 Avenue of the Americas, 40th Floor, New York,

00922291.1

NY 10036, shall constitute sufficient service of the Subpoena under Fed. R. C. P. 45, as it is incorporated in Bankruptcy Rule 9016.

    4.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       August __, 2016

                                        _____
                                        HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE