# EXHIBIT D

00906802.1

**Archived:** Monday, June 08, 2015 7:23:43 PM
**Sent:** Friday, September 19, 2014 8:58:49 AM
**To:** Yisroel Schwartz; Shaul C. Greenwald, Esq.; Mark Pollak; Elliot Schon, Esq.; Azi Mindick; Rivka Cohen; oldenequitiesgroup@gmail.com
**Cc:** Sara Bennett
**Subject:** RE: 45 John Street/ RANY-16467
**Importance:** Normal
**Attachments:**
Wiring Instructions-3839 Holdings LLC.pdf;

---

Attached hereto please find 3839 Holding wire instructions.

Hadassah Abbott

Riverside Abstract
212 Second Street, Suite 502
Lakewood, NJ 08701
D: (718) 215-5107
O: (718) 252-4200
F: (718) 252-4226
E: habbott@rsabstract.com

**Corporate Headquarters:**
Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
P: 718.252.4200
F: 718.252.4226
info@rsabstract.com

**From:** Yisroel Schwartz [mailto:yschwartz@blpclaw.com]
**Sent:** Friday, September 19, 2014 2:29 AM
**To:** Shaul C. Greenwald, Esq.; Mark Pollak; Elliot Schon, Esq.; Azi Mindick; Rivka Cohen; Hadassah Abbott; oldenequitiesgroup@gmail.com
**Subject:** 45 John Street/ RANY-16467

Riverside team:

We are expecting a wire of approximately $13,000,000 from Purchaser under the PSA, of which you will be directed to disburse approx. $2MM back to Seller (details will be provided).  With respect to this balance of funds for this file, the following disbursements need to be made:

1) $_____, (amount TBD) – to fund the difference between the $22,500,000 and the net amount delivered by Feuerstein with respect to Grand, Ryerson, North 8 and Brighton, pursuant to the direction letter for that file.
2) $500,000, to Reliable Abstract, pursuant to the attached wire instructions.
3) $2,332,000 to 3839 Holdings LLC – Shaul, please provide wire instructions.

R000894

1)  Balance, if any, to Blaivas & Associates, P.C., IOLA Account, pursuant to the following wire instructions:

        JP Morgan Chase Bank
        446 Central Avenue
        Cedarhurst, NY  11516
        Account Name – Blaivas & Associates, P.C. IOLA Account
        Routing
        Account

Kindly acknowledge receipt and confirm we are set for the wires.

Yisroel S. Schwartz, Esq.
**Blaivas & Associates, P.C.**
1430 Broadway, Suite 1603
New York, New York 10018

Telephone- (212) 949-7550
Direct Dial – (646) 776-5803
Facsimile- (646) 349-2042
Email- yschwartz@blpclaw.com

Long Island Office:
335 Central Avenue
Lawrence, New York 11559
This message is intended only for the use of the addressee
and may contain information that is privileged and confidential
by law. If you are not the intended recipient, you are hereby
notified that any review, use, dissemination, or copying of this
communication is strictly prohibited. If you have received this
communication in error, please forward the email back and delete
all copies of the message and attachments.

---

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the Internal
Revenue Service, we inform you that any U.S. tax advice contained
in this communication (including attachments) is not intended
or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or
applicable provisions of state and local tax law or (ii) promoting,
marketing, or recommending to another party any transaction or
matter addressed herein.

# 3839 HOLDINGS, LLC
### 3839 FLATLANDS AVENUE
### BROOKLYN, NY 11234

## Wiring Instructions

**Bank:**    Signature Bank NY
6321 New Utrecht Avenue
Brooklyn, NY 11219

**Routing Number:**    ████████

**Account Name:**    3839 Holdings, LLC

**Account Number:**    ████████

R000896

# EXHIBIT E

00906802.1

## Eloy A. Peral

**From:**      Menachem Zelmanovitz <mendy@zelmlaw.com>
**Sent:**      Monday, September 26, 2016 3:00 PM
**To:**        Eric J. Snyder
**Cc:**        jacob@lawjz.com; Eloy A. Peral
**Subject:**   RE: 16-12043-shl


It never happened. The wire was never sent.


Menachem O. Zelmanovitz
Zelmanovitz & Associates PLLC
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel: 646.898.1575 | Fax: 212.753.0396
mendy@zelmlaw.com


-----Original Message-----
From: Eric J. Snyder [mailto:esnyder@wilkauslander.com]
Sent: Monday, September 26, 2016 2:37 PM
To: Menachem Zelmanovitz <mendy@zelmlaw.com>
Cc: jacob@lawjz.com; Eloy A. Peral <eperal@wilkauslander.com>
Subject: RE: 16-12043-shl

That's what I thought, except there is an email (attached), dated 9/19, where 3839 is giving Schwartz wire instructions
for $2.332 Million.

-----Original Message-----
From: Menachem Zelmanovitz [mailto:mendy@zelmlaw.com]
Sent: Monday, September 26, 2016 1:32 PM
To: Eric J. Snyder
Cc: jacob@lawjz.com; Eloy A. Peral
Subject: RE: 16-12043-shl

3839 Holdings put approximately $618,000 into the deal, and received no money from it, as reflected in the Distribution
Schedule.

Menachem O. Zelmanovitz
Zelmanovitz & Associates PLLC
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel: 646.898.1575 | Fax: 212.753.0396
mendy@zelmlaw.com



-----Original Message-----
From: Eric J. Snyder [mailto:esnyder@wilkauslander.com]

1

# EXHIBIT F

00906802.1

| | |
|---|---|
| **From:** | Shaul C. Greenwald, Esq. |
| **To:** | "Filippelli, Maria" |
| **Cc:** | Madison, Ross; Hadassah Abbott |
| **Subject:** | RE: New claim; 246219 |
| **Date:** | Friday, March 20, 2015 3:01:17 PM |
| **Attachments:** | RANY-16467 Disbursements.pdf |

Busy day as usual. I hate Fridays and Mondays ☺

As per your request:

Incoming Wires

$9,750,000.00 Goldberg Weprin Finkel Goldstein LLP

$227,341.00 Goldberg Weprin Finkel Goldstein LLP

$3,580,000.00 Morgan Stanley

**$13,557,341.00**

Disbursements

$3,007,341.00 Goldberg Weprin Finkel Goldstein LLP

$70,000.00 Goldberg Weprin Finkel Goldstein LLP

$227,341.00 RS Invoice

$500,000.00 Meridian Capital

$9,750,159.00 Herrick Feinstein

$1,500.00 Closer Alan Hirsch

$1,000.00 Closer Javier Doral

**$13,557,341.00**

Thanks,

Shaul

Shaul C. Greenwald, Esq.

Chief Executive Officer

Riverside Abstract

3839 Flatlands Avenue, Suite 208

Brooklyn, NY 11234

T: (718) 252-4200

C: (347) 844-2729

F: (718) 252-4226

E: sgreenwald@rsabstract.com

**From:** Filippelli, Maria [mailto:mfilippelli@OldRepublicTitle.com]
**Sent:** Friday, March 20, 2015 1:56 PM
**To:** Shaul C. Greenwald, Esq.; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

I have not received anything yet.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel

**Old Republic** National Title Insurance Company

400 Post Avenue | Suite 310 | Westbury, NY 11590

516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212

mfilippelli@oldrepublictitle.com

oldrepublictitle.com

R 092316 21343

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Shaul C. Greenwald, Esq. [mailto:sgreenwald@rsabstract.com]
**Sent:** Friday, March 20, 2015 11:33 AM
**To:** Filippelli, Maria; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

Hadassah is getting copies together and we will have this shortly

Shaul

Shaul C. Greenwald, Esq.
Chief Executive Officer
Riverside Abstract
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
T: (718) 252-4200
C: (347) 844-2729
F: (718) 252-4226
E: sgreenwald@rsabstract.com

**From:** Filippelli, Maria [mailto:mfilippelli@OldRepublicTitle.com]
**Sent:** Friday, March 20, 2015 11:07 AM
**To:** Shaul C. Greenwald, Esq.; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

Thank you – please send me the wire confirmations, assuming the disbursements were made by wire, or copies of checks.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic National Title Insurance Company**
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended

recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Shaul C. Greenwald, Esq. [mailto:sgreenwald@rsabstract.com]
**Sent:** Friday, March 20, 2015 10:44 AM
**To:** Filippelli, Maria; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** Re: New claim; 246219
Working on it. Will call shortly.

Shaul

Shaul C. Greenwald, Esq.

Chief Executive Officer

Riverside Abstract

3839 Flatlands Avenue, Suite 208

Brooklyn, NY 11234

T: (718) 252-4200

C: (347) 844-2729

F: (718) 252-4226

E: sgreenwald@rsabstract.com

**From:** Filippelli, Maria
**Sent:** Friday, March 20, 2015 10:29 AM
**To:** Shaul C. Greenwald, Esq.; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219
Shaul, I need this information as soon as possible.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** National Title Insurance Company
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com
This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Shaul C. Greenwald, Esq. [mailto:sgreenwald@rsabstract.com]
**Sent:** Thursday, March 19, 2015 8:46 PM
**To:** Filippelli, Maria; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** Re: New claim; 246219
Will do so first thing in the morning.

R 092316 21345

Shaul

Shaul C. Greenwald, Esq.

Chief Executive Officer

Riverside Abstract

3839 Flatlands Avenue, Suite 208

Brooklyn, NY 11234

T: (718) 252-4200

C: (347) 844-2729

F: (718) 252-4226

E: sgreenwald@rsabstract.com

**From:** Filippelli, Maria
**Sent:** Thursday, March 19, 2015 8:43 PM
**To:** Rivka Cohen; Shaul C. Greenwald, Esq.
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

Rivka and Shaul, the Direction Letter, which is appended to the Agreement of Purchase and Sale, indicates that $9,750,159 was wired to Riverside to be distributed at the direction of the seller. Please send me a copy of the wire(s) of the funds and the seller's instructions.

Thank you.

Maria C. Filippelli

First Vice President

Deputy Chief Claims Counsel

Corporate Legal Department

Old Republic National Title Insurance Company

400 Post Avenue, Suite 310

Westbury, NY 11590

Direct Phone: (516) 478-5691

Mobile: (917) 344-9857

Fax: (516) 333-6212

mfilippelli@oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Rivka Cohen [mailto:Rivka@rsabstract.com]
**Sent:** Friday, January 23, 2015 12:27 PM
**To:** Filippelli, Maria; Shaul C. Greenwald, Esq.
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

Attached hereto please find our closing docs and policy.

R  092316  21346

Kindly advise if there is anything additional that you require at this point.

Rivka Cohen
Riverside Abstract
Lexington Towers
212 Second Street, Suite 502
Lakewood, NJ 08701
Direct: (718) 215-5102
Office: (718) 252-4200
Fax: (718) 252-4226
Email: rivka@rsabstract.com
**Corporate Headquarters:**
Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
P: 718.252.4200
F: 718.252.4226
info@rsabstract.com

**From:** Filippelli, Maria [mailto:mfilippelli@OldRepublicTitle.com]
**Sent:** Friday, January 23, 2015 11:58 AM
**To:** Shaul C. Greenwald, Esq.; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219

Shaul, please send me the file as soon as possible.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic National Title Insurance Company**
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Shaul C. Greenwald, Esq. [mailto:sgreenwald@rsabstract.com]
**Sent:** Thursday, January 22, 2015 6:39 PM
**To:** Filippelli, Maria; Rivka Cohen
**Cc:** Madison, Ross
**Subject:** Re: New claim; 246219

Maria

It was nice to speak with you. I'll get the info in the am

Shaul

Shaul C. Greenwald, Esq.
Chief Executive Officer
Riverside Abstract
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
T: (718) 252-4200
C: (347) 844-2729
F: (718) 252-4226
E: sgreenwald@rsabstract.com

**From:** Filippelli, Maria
**Sent:** Thursday, January 22, 2015 4:48 PM
**To:** Rivka Cohen
**Cc:** Madison, Ross; Shaul C. Greenwald, Esq.
**Subject:** RE: New claim; 246219

Shaul, please contact me at your earliest convenience. I am in the office – 516-478-5691 - but in case you get my voice mail, my cell phone number is 917-344-9857. I have still not received the file as requested, but I need to speak with you as well.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** **National Title Insurance Company**
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Rivka Cohen [mailto:Rivka@rsabstract.com]
**Sent:** Wednesday, January 21, 2015 1:25 PM
**To:** Filippelli, Maria
**Cc:** Madison, Ross; Shaul C. Greenwald, Esq.
**Subject:** RE: New claim; 246219

Maria,

I tried calling you but understand that your firm is having phone trouble today.

I am sending this email on behalf of Shaul Greenwald, Esq.. He is out traveling this week but will be in touch with you on Friday to discuss this claim.

Rivka Cohen
Riverside Abstract

Lexington Towers
212 Second Street, Suite 502
Lakewood, NJ 08701
Direct: (718) 215-5102
Office: (718) 252-4200
Fax: (718) 252-4226
Email: rivka@rsabstract.com
**Corporate Headquarters:**
Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
P: 718.252.4200
F: 718.252.4226
info@rsabstract.com

**From:** Filippelli, Maria
**Sent:** Friday, January 16, 2015 9:52 AM
**To:** Rivka Cohen; Shaul C. Greenwald, Esq.
**Cc:** Madison, Ross
**Subject:** RE: New claim; 246219
It is imperative that we receive the requested file as soon as possible.

Thank you.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** National Title Insurance Company
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com
This communication and any attachments are intended for the exclusive use of the
addressee. The information contained herein may be privileged, confidential or
otherwise exempt from disclosure. If you received this communication in error or are
not the intended recipient, you are hereby placed on notice that any use, distribution,
copying or dissemination of this communication is prohibited. Delivery of this
message to any person other than the intended recipient shall not compromise or
waive such confidentiality, privilege or exemption from disclosure as to this
communication. If you received this communication in error or are not the intended
recipient, please immediately notify the sender and destroy this communication and
any attachments.

**From:** Filippelli, Maria
**Sent:** Wednesday, January 14, 2015 9:11 AM
**To:** 'Rivka Cohen'; 'Shaul C. Greenwald, Esq.'
**Subject:** RE: New claim; 246219
**Importance:** High
Please also include a copy of the high liability request and approval.

Thank you.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** National Title Insurance Company
400 Post Avenue | Suite 310 | Westbury, NY 11590

516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com
This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Filippelli, Maria
**Sent:** Wednesday, January 14, 2015 9:06 AM
**To:** 'Rivka Cohen'; Shaul C. Greenwald, Esq.
**Subject:** FW: New claim; 246219
**Importance:** High

Notice of new claim attached. Please send me a copy of the file, including the operating agreement for the seller and the insured, the contract of sale, any affidavits/statements/communications with the seller or its attorney or the insured and its attorney.

Thank you.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** National Title Insurance Company
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212
mfilippelli@oldrepublictitle.com
oldrepublictitle.com
This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Filippelli, Maria
**Sent:** Tuesday, January 13, 2015 1:02 PM
**To:** 'info@rsabstract.com'
**Subject:** New claim; 246219
**Importance:** High

We have received the attached notice of claim. Please advise. Thank you.

Maria C. Filippelli | 1st Vice President, Deputy Chief Claims Counsel
**Old Republic** National Title Insurance Company
400 Post Avenue | Suite 310 | Westbury, NY 11590
516.478.5691 | Cell 917.344.9857 | Shoretel 25861 | Fax 516.333.6212

R  092316  21350

mfilippelli@oldrepublictitle.com
oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** Baker, Rob
**Sent:** Monday, January 12, 2015 4:53 PM
**To:** Filippelli, Maria
**Subject:** FW: New Claim --- NY -- MN Mail

**Robert Baker** | *1st VP & Deputy Chief Claims Counsel*
Direct: 612.336.7093 | Fax: 612.256.8401
rbaker1@oldrepublictitle.com

**From:** Power, Mary
**Sent:** Monday, January 12, 2015 2:56 PM
**To:** Baker, Rob
**Subject:** FW: New Claim --- NY -- MN Mail

A31762 Riverside Abstract, LLC – Active

Thank you for your kind attention.

Mary E. Power
Claims Assistant
Corporate Legal Department
Old Republic National Title Insurance Company
400 Post Avenue, Suite 310
Westbury, NY 11590
Phone: (516) 478-5690, extension 25867

mpower2@oldrepublictitle.com

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

**From:** McKenzie, Alicia
**Sent:** Monday, January 12, 2015 3:38 PM
**To:** ClaimsB
**Subject:** MN Mail New Claim NY

A31762 Riverside Abstract, LLC – Active

R 092316 21351

*Alicia McKenzie*
*Claims Assistant Administrator*
*Corporate Legal Department*
*Old Republic National Title Insurance Company*
*400 Second Avenue South*
*Minneapolis, MN 55401*
*Direct: 612-336-7179*
*Fax: 612-435-3125*

This communication and any attachments are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure. If you received this communication in error or are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you received this communication in error or are not the intended recipient, please immediately notify the sender and destroy this communication and any attachments.

R  092316  21352

# INCOMING WIRES

|  |  |  |  |
|---|---|---|---|
| 9/19/2014 Credit | GOLDBERG WEPRIN FINK INCOMING WIRE TRANSFER REF# 20140919B6B7261F00091609191626FT03FROM: GOLDBERG WEPRIN FINKEL GOLDSTEIN L ABA: | 0 | $9,750,000.00 |
| 9/19/2014 Credit | GOLDBERG WEPRIN FINK INCOMING WIRE TRANSFER REF# 20140919B6B7261F00091909191627FT03FROM: GOLDBERG WEPRIN FINKEL GOLDSTEIN L ABA: | 0 | $227,341.00 |
| 9/22/2014 Credit | MORGAN STANLEY DEAN INCOMING WIRE TRANSFER REF# 20140922B6B7261F00080509221641FT03FROM: MORGAN STANLEY DEAN WITTER BAN 158 ABA: MORGAN STANLEY AND CO., LLC | 0 | $3,580,000.00 |

# **OUTGOING WIRES**

9/22/2014 Debit    Goldberg Weprin Fink OUTGOING WIRE TRANSFER REF# 20140922B6B7261F000931TO: Goldberg Weprin Finkel Goldstein L ABA⬛⬛⬛⬛⬛⬛K: NEW YORK COMMUNITY ACCT#⬛⬛⬛⬛⬛⬛    0 $3,007,341.00

9/22/2014 Debit    Goldberg Weprin Fink OUTGOING WIRE TRANSFER REF# 20140922B6B7261F000926TO: Goldberg Weprin Finkel Goldstein L ABA⬛⬛⬛⬛BANK: NEW YORK COMMUNITY ACCT#⬛⬛⬛⬛⬛⬛    0 $70,000.00

9/22/2014 Debit    Meridian Capital Gro OUTGOING WIRE TRANSFER REF# 20140922B6B7261F000925TO: Meridian Capital Group, LLC ABA⬛⬛⬛⬛ANK: DEUTSCHE BANK TRUS ACCT#    0 $500,000.00

9/19/2014 Debit    Herrick, Feinstein L OUTGOING WIRE TRANSFER REF# 20140919B6B7261F001045TO: Herrick, Feinstein LLP ABA⬛⬛⬛⬛BANK: CITIBANK N.A. ACCT# ⬛⬛⬛⬛⬛5    0 $19,672,687.23

- Included in the amount of the above referenced wire is $9,750,159.00 which corresponds to the John Street transaction.



Check Image                                                                    Page 1 of 1



# EXHIBIT G

00906802.1

| Incoming Wire | |
|---|---|
| $ 9,750,000.00 | Goldberg Weprin Finkel |
| | |
| | |
| Disbursements | |
| $ 2,827,312.77 | Crown Mansion LLC |
| $ 2,000,000.00 | Congregation Kahal Minchas Chinuch- Babad |
| $ 242,000.00 | Image Capital- Blavis Assoc. |
| $ 3,007,341.00 | Goldberg Weprin Finkel |
| $ 70,000.00 | Goldberg Weprin Fink |
| $ 500,000.00 | Meridian Capital Group |
| $ 618,088.80 | 3839 Holdings LLC |
| $ 500,000.00 | Reliable Abstract |
| $ 1,500.00 | Alan Hirsch |
| $ 1,000.00 | Javier Doral |
| | |
| $ 9,767,242.57 | Total Funded |
| | |
| | |
| | |
| $ (17,242.57) | |

R 092316 01153

# **INCOMING WIRE**

GOLDBERG WEPRIN FINK INCOMING WIRE
TRANSFER REF#
9/19/2014 Credit 20140919B6B7261F00091609191626FT03FROM:          0 $9,750,000.00
GOLDBERG WEPRIN FINKEL GOLDSTEIN L ABA:
█████████BANK:

R  092316 01154

# OUTGOING WIRES

Crown Mansion LLC-Lo OUTGOING WIRE TRANSFER REF#
9/19/2014 Debit 20140919B6B7261F001059TO: Crown Mansion LLC-Loan Division   0 $2,827,312.77 ⓘ
ABA:██████████BANK: MEGA INTERNATIONAL ACCT#█████████

Congregation Kahal M OUTGOING WIRE TRANSFER REF#
9/19/2014 Debit 20140919B6B7261F001046TO: Congregation Kahal Minchas Chinuch ABA: 0 $2,000,000.00
026013576BANK: SIGNATURE BANK ACCT#████████6

Image Capital LLC OUTGOING WIRE TRANSFER REF#
9/22/2014 Debit 20140922B6B7261F000139TO: Image Capital LLC ABA: ████████BANK:   0 $242,000.00
JPMORGAN CHASE BAN ACCT#█████████

Goldberg Weprin Fink OUTGOING WIRE TRANSFER REF#
9/22/2014 Debit 20140922B6B7261F000931TO: Goldberg Weprin Finkel Goldstein L ABA:   0 $3,007,341.00
████████BANK: NEW YORK COMMUNITY ACCT#██████████2

Goldberg Weprin Fink OUTGOING WIRE TRANSFER REF#
9/22/2014 Debit 20140922B6B7261F000926TO: Goldberg Weprin Finkel Goldstein L ABA:   0 $70,000.00
████████BANK: NEW YORK COMMUNITY ACCT#██████████

Meridian Capital Gro OUTGOING WIRE TRANSFER REF#
9/22/2014 Debit 20140922B6B7261F000925TO: Meridian Capital Group, LLC ABA:   0 $500,000.00
████████BANK: DEUTSCHE BANK TRUS ACCT# 4████████

3839 Holdings OUTGOING WIRE TRANSFER REF#
11/14/2014 Debit 20141114B6B7261F000388TO: 3839 Holdings ABA██████████   0 $618,088.02
SIGNATURE BANK ACCT#████████

Reliable Abstract LL OUTGOING WIRE TRANSFER REF#
9/22/2014 Debit 20140922B6B7261F000149TO: Reliable Abstract LLC ABA:   0 $500,000.00
████████BANK: JPMORGAN CHASE BAN ACCT#██████████

# EXHIBIT H

| From: | Azi Mindick |
|---|---|
| To: | Hadassah Abbott |
| Subject: | RE: [WARNING: DKIM validation failed] |
| Date: | Wednesday, September 17, 2014 4:19:26 PM |

Yes. One day

Azi Mindick, CPA

Chief Financial Officer

Riverside Abstract

212 Second Street, Suite 502

Lakewood, NJ 08701

Direct: (718) 215-5160

Office: (718) 252-4200

Cell: (732) 890-4299

Email: amindick@rsabstract.com

**From:** Hadassah Abbott
**Sent:** Wednesday, September 17, 2014 4:19 PM
**To:** Azi Mindick
**Subject:** Re: [WARNING: DKIM validation failed]
Loan ?

Hadassah Abbott
Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
D: (718) 252-5107
F: (718) 252-4226
E: habbott@rsabstract.com

On Sep 17, 2014, at 4:17 PM, "Azi Mindick" <AMindick@rsabstract.com> wrote:

> Send 1.2 asap.
> Azi Mindick, CPA
> Chief Financial Officer
> Riverside Abstract
> 212 Second Street, Suite 502
> Lakewood, NJ 08701
> Direct: (718) 215-5160
> Office: (718) 252-4200
> Cell: (732) 890-4299
> Email: amindick@rsabstract.com
> **From:** Shaul C. Greenwald, Esq.

R  092316  11428

**Sent:** Wednesday, September 17, 2014 4:14 PM
**To:** Azi Mindick
**Subject:** FW: [WARNING: DKIM validation failed]
Shaul

Shaul C. Greenwald, Esq.
Chief Executive Officer
Riverside Abstract
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
T: (718) 252-4200
C: (347) 844-2729
F: (718) 252-4226
E: sgreenwald@rsabstract.com

**From:** oldenequitiesgroup@gmail.com [mailto:oldenequitiesgroup@gmail.com]
**Sent:** Wednesday, September 17, 2014 4:13 PM
**To:** Shaul C. Greenwald, Esq.
**Subject:** Re: [WARNING: DKIM validation failed]
Yes it has to hit by 430

Sent from my iPhone

On Sep 17, 2014, at 4:11 PM, "Shaul C. Greenwald, Esq."
<sgreenwald@rsabstract.com> wrote:

> 1.2mm?
> Shaul
> Shaul C. Greenwald, Esq.
> Chief Executive Officer
> Riverside Abstract
> 3839 Flatlands Avenue, Suite 208
> Brooklyn, NY 11234
> T: (718) 252-4200
> C: (347) 844-2729
> F: (718) 252-4226
> E: sgreenwald@rsabstract.com

> **From:** oldenequitiesgroup@gmail.com
> [mailto:oldenequitiesgroup@gmail.com]
> **Sent:** Wednesday, September 17, 2014 3:51 PM
> **To:** Shaul C. Greenwald, Esq.
> **Subject:** Re: [WARNING: DKIM validation failed]
> Pls try to do it right away


Bank info: Signature Bank

R  092316  11429

6321 New Utrecht Avenue
Brooklyn, NY 11219
Account info: 3052 Brighton first LLC
Account # 1501948221
Routing# 026013576

Sent from my iPhone

On Sep 17, 2014, at 3:46 PM, "Shaul C. Greenwald, Esq."
<sgreenwald@rsabstract.com> wrote:

> Ok. Send me the info. I will work on it soon.
>
> Shaul
>
> Shaul C. Greenwald, Esq.
> Chief Executive Officer
> Riverside Abstract
> 3839 Flatlands Avenue, Suite 208
> Brooklyn, NY 11234
> T: (718) 252-4200
> C: (347) 844-2729
> F: (718) 252-4226
> E: sgreenwald@rsabstract.com
>
>
> ----- Original Message -----
> From: oldenequitiesgroup@gmail.com
> [mailto:oldenequitiesgroup@gmail.com]
> Sent: Wednesday, September 17, 2014 03:44 PM
> To: Shaul C. Greenwald, Esq.
> Subject: Re: [WARNING: DKIM validation failed]
>
> For wire have a toe
>
> Sent from my iPhone
>
>
>
> On Sep 17, 2014, at 3:43 PM, "Shaul C.
> Greenwald, Esq."
> <sgreenwald@rsabstract.com> wrote:
> What info?
> Shaul
> Shaul C. Greenwald, Esq.
> Chief Executive Officer
> Riverside Abstract

R 092316 11430

3839 Flatlands Avenue, Suite 208

Brooklyn, NY 11234

T: (718) 252-4200

C: (347) 844-2729

F: (718) 252-4226

E: sgreenwald@rsabstract.com

----- Original Message -----

From: oldenequitiesgroup@gmail.com
[mailto:oldenequitiesgroup@gmail.com]

Sent: Wednesday, September 17, 2014
03:40 PM

To: Shaul C. Greenwald, Esq.

Subject: [WARNING: DKIM validation
failed]

Where do I send the info

Sent from my iPhone

R 092316 11431

## Outgoing FED Message

Printed: 9/7/2016 10:16:42AM                    Requested By: PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $1,200,000.00 | Message ID: | 140917162202H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/17/2014 | Time: | 16:28:29 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140917162202H100 | External Ref.: | SIGNY2601026 | Country Code : | US |

### MESSAGE TEXT

| | | | |
|---|---|---|---|
| Sender ABA: | ▉▉▉▉▉ | Sender Name: SIGNATURE BANK | Ref. No.: 140917162202H100 |
| Receiver ABA: | ▉▉▉▉▉ | Receiver Name: SIGNATURE BANK | Prod. Code: CTR |
| Ref. IMAD: | | | Local Instrument Code: |

IMAD:       20140917B6B7261F001002                    Prop. Code:

OMAD:       20140917B6B7261F00086009171641FT03                    Ref. for Bnf.:

As of Reason:          As of Date:                    Disposition:

Acc Off:  075          Account:  ▉▉▉▉▉              Acc. Type:  DDA          Initiator ID:

Cr Acc Off:            Cr Acc No:                    Cr Acc Type:

Db Advice:             Db Fee:                       Cr Advice:              Cr Fee:

Drawdown Credit Account:

Originator            Originator Option F:   N        Beneficiary:

▉▉▉▉▉

RIVERSIDE ABSTRACT LLC - ESCRO          3052 Brighton first LLC

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                                Beneficiary Bank:

R 090816 000028

Page 1 of 9

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR ID:                                          PR Issuer :

Actual Cur:        Actual Amount:           Gross Curr:          Gross Amount:

Disc Curr:         Disc Amount:             Adj Curr:            Adj Amount:

Rem Date:                                   Adj Reason:          Adj CR/DB:

Adjustment Additional Information:


Sec Type:                Sec Proprietary Type:

Sec ID:                                     Sec  Issuer :

Free text:


## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                      Mobile Number:

Fax Number:                        Other Information:

Address:

## MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:        B/O=Riverside Abstract LLC -Escrow
Free Text:

## BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
     Advice Code:

          Advice Info:

Intermediary Bank Info:

R 090816 000029

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

    Advice Code:

    Advice Info:

R 090816 000030

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

MOP Code:

MOP Info:

Bank to Bank Info:

Charges:

| Sender Charges: | Receiver Charges: | Instructed: |
|---|---|---|
| 1. | Currency: | Currency: |
| 2. | Amount: | Amount:     0 |
| | Remote Initiator: | Values quoted to customer: |
| 3. | Remote Verifier: | Amt(USD): |
| 4. | Remote Releaser: | Exch Rate: |

Exchange Rate:
Spread:                    Math Rule :          Misc Notes :
Bank Op code:
Message Index:            Authorization Method:
Fee Account No:                Message Total:
                                            Fx Ref No:

## ERRORS :

| DATE | TIME | TEXT |
|------|------|------|
| 09/17/2014 | 16:23:34 | OFAC Violation in Bnf BRIGHT AFF: IRAN ISLAMIC REPUBLIC OF OriginalSource: OFAC OriginalID: 15723 OtherInformation: VESSEL TYPE: Crude Oil Tan Source: US Treasury SDN List Stop Name: BRIGHT |
| 09/17/2014 | 16:28:43 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

## AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| 09/17/2014 | 16:41:24 | ACTIMIZE | EXTINTEX | 0.00 | FREE | ▆▆▆▆▆ |
| 09/17/2014 | 16:28:40 | VCHU | OFACCONF | 11.00 | OFACCONF | ▆▆▆▆▆ |
| 09/17/2014 | 16:28:19 | KOUPERMAN | OFACOUT | 11.00 | OFACOUT | ▆▆▆▆▆ |
| 09/17/2014 | 16:23:31 | SANCIMINO | REMOTE | 12.00 | REMOTE | ▆▆▆▆▆ |

## NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
|  | 0.00 |  | Client initiated payment. |
|  |  |  | SANCIMINO 09/17/2014 16:23:28 |

## BSA NOTES :

| Name | | |
|------|------|------|
| Address | | |
| City | State | Zip |
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |
| Comments | | |

## ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 1 :**

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

**OUTGOING RAW MESSAGE 2:**

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

**CTP-COVER :**

Originator (50a)                          Beneficiary (59)

Originating Bank (52a)                     Beneficiary Bank (57a)

Remittance info (70)                       Intermediary Bank (56a)

Sender to Receiver info (72)               Instructed Amount (33b)

                                           Amount:        0

                                           Code:

**CTP-EXTERNAL RELATED REMITTANCE :**

R 090816 000033

ID:

Electronic Address:

Name:

Department:

Sub-Department:

Street Name:

Building Number:                                          Post Code:

Town Name:

Country Sub Division:                                     Country Code:

Location Method:                                          Address Type:

Address :

---

**CTP-UNSTRUCTURED REMITTANCE :**

Unstructured Remittance Contents:

---

**CTP-STRUCTURED REMITTANCE PARTIES :**

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                         ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:          Post Code:          Town Name:

Country Sub Division:          Country Code:          Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:          Mobile Number:

Fax Number:          Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                         ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:          Post Code:          Town Name:

Country Sub Division:          Country Code:          Address Type:

Address :

## REMITTANCE DETAILS

PR Type:          PR Proprietary Type:

PR ID:                                      PR Issuer :

Actual Cur:       Actual Amount:            Gross Curr:       Gross Amount:

Disc Curr:        Disc Amount:              Adj Curr:         Adj Amount:

Rem Date:                                   Adj Reason:       Adj CR/DB:

Adjustment Additional Information:


Sec Type:         Sec Proprietary Type:

Sec ID:                                     Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                     Mobile Number:

Fax Number:                       Other Information:

Address: